

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2019

No. 04-18-00861-CR & 04-18-00862-CR

Juan **ORTIZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7171, 2018CR0457
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief was due February 13, 2019, but was not filed. This court notified appellant's counsel, Mr. Karl A. Basile, of the deficiency on February 22, 2019. *See* TEX. R. APP. P. 38.8(b)(2). Counsel did not respond to our notice and no brief has been filed.

We therefore **ORDER**. Karl A. Basile to file the appellant's brief in this court **on or before April 8, 2018**. If neither the brief nor an extension of time to file the brief is filed on or before the date ordered, we court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal. Moreover, if counsel fails to file appellant's brief or an extension by the date ordered, he may be ordered to appear and show cause why he should not be held in contempt of this court or otherwise sanctioned.

We **order** the clerk of this court to serve this order on Mr. Karl A. Basile by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court